

# Fourth Court of Appeals
## San Antonio, Texas

March 20, 2020

No. 04-20-00061-CR

Nathan **GUZMAN,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 81st Judicial District Court, La Salle County, Texas
Trial Court No. 18-08-00031-CRL
Honorable Lynn Ellison, Judge Presiding

# O R D E R

The reporter's record was due on March 16, 2020. On March 16, 2020, the court reporter filed a notification of late record stating that the record had not been filed because appellant had failed to pay or make arrangements to pay the court reporter's fee for preparing the record and appellant was not entitled to appeal without paying the fee. On March 20, 2020, our court confirmed with appellant's counsel that appellant is not indigent and is making arrangements to pay for the record. We therefore **ORDER** appellant to provide written proof to this court that the court reporter's fee has been paid or arrangements have been made to pay the fee **by March 30, 2020**. If appellant fails to respond within the time provided, appellant's brief will be due within thirty (30) days from the date of this order, and the court will consider only those issues or points raised in appellant's brief that do not require a reporter's record for a decision. *See* TEX. R. APP. P. 37.3(c).

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of March, 2020.



MICHAEL A. CRUZ,
Clerk of Court